UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRENDA MAUPIN,<br><br>     Plaintiff,<br><br>     vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>     Defendant | Civil No. C07-5063JKA<br><br><br>ORDER FOR EXTENSION<br>OF TIME |

This matter is before the court on Defendant's motion for extension of time (Doc. 15). After reviewing the matter, it is hereby ORDERED that while the requests appears to be moot (Defendant filed his responsive brief on August 6, 2007, and Plaintiff filed her reply on or about August 14, 2007), for the record, the court is granting the motion, which was opposed by Plaintiff.

Defendant shall have an extension to and including August 6, 2007, to file Defendant's

Page 1     ORDER

answering brief.  It is further ORDERED that Plaintiff shall have to and including August 20, 2007, to file Plaintiff's Reply Brief.

DATED this 21st day of August, 2007.

*/s/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge