# United States District Court

WESTERN DISTRICT OF WASHINGTON

BRENDA MAUPIN

   v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5063JKA

__   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 IT IS ORDERED AND ADJUDGED

  The Court AFFIRMS the Social Security Administration's final decision and this matter is DISMISSED in favor of defendant.


  November 8, 2007              BRUCE RIFKIN
Date                      Clerk


                    *s/Caroline M. Gonzalez*
                    Deputy Clerk